United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   JOE MYERESS,

Case No. 20-cv-05610-SI   (SI)

Plaintiffs,

8

9   v.

**ORDER OF DISMISSAL UPON
SETTLEMENT**

10   LONELY PLANET PUBLICATIONS,
INC., et al.,

11   Defendants.

12

13      The parties to the action, by their counsel, have advised the court that they have agreed to

14   a settlement.

15      IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.

16   However, that if any party hereto certifies to this court, with proof of service of a copy thereon on

17   opposing counsel, within thirty days from the date hereof, that settlement has not in fact occurred,

18   the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for

19   further proceedings.

20      **IT IS SO ORDERED**.

21   Dated: November 12, 2020

22   _____

23   SUSAN ILLSTON
United States District Judge

24
25
26
27
28